

## NUMBER 13-08-00162-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**PROGRESO INDEPENDENT SCHOOL DISTRICT,**       **APPELLANT,**

**v.**

**ELEAZAR PEREZ, JR.,**       **APPELLEE.**

### On Appeal from the 389th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Progreso Independent School District, has filed an unopposed motion to dismiss this interlocutory appeal on grounds that the appeal has become moot.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX.

R. APP. P. 42.1(a).  Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.  Pending motions, if any, are likewise DISMISSED.

Costs are taxed against appellant.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 5th day of June, 2008.